# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Cullen Abbott Hesselgrave, | CRIMINAL COMPLAINT<br><br>CASE NUMBER: 23-5534MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona and elsewhere, the defendant violated 18 U.S.C. §§ 2261A(2), 2261(b)(5), and 2261(b)(6), offenses described as follows:

**See Attachment A – Description of Count**

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUTHORIZED BY: Patrick E. Chapman, AUSA

**PATRICK CHAPMAN**
Digitally signed by PATRICK CHAPMAN
Date: 2023.10.30 08:40:04 -07'00'

Special Agent Walker Wicevich, FBI
Name of Complainant

*Walker Wicevich*
Signature of Complainant

Sworn to telephonically before me

October 30, 2023 @ 12:11 p.m.      at Phoenix, Arizona
Date                                                                   City and State

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
Name & Title of Judicial Officer

*Deborah M. Fine*
Signature of Judicial Officer

# ATTACHMENT A
# DESCRIPTION OF COUNT
## COUNT 1
### Stalking

On or about between September 16, 2020 and July 22, 2023, in the District of Arizona and elsewhere, Defendant CULLEN ABBOTT HESSELGRAVE, with the intent to kill, injure, harass, and intimidate another person, used any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would reasonably have been expected to cause substantial emotional distress to E.M., and placed her in reasonable fear of death and serious bodily injury, and committed the crime of Stalking in violation of a temporary or permanent civil or criminal injunction, restraining order, no-contact order, or other order described in 18 U.S.C. § 2266.

In violation of Title 18, United States Code, Sections 2261A(2), 2261(b)(5), and 2261(b)(6).

## ATTACHMENT B
## STATEMENT OF PROBABLE CAUSE

I, Walker Wicevich, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND BACKGROUND OF AFFIANT

1. Your Affiant is a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and has been for approximately fourteen (14) years. Your Affiant is currently assigned to the FBI Phoenix Division. Within the Phoenix Division, your Affiant is vested with investigative authority under United States Code Title 18 and has been assigned to work violent crimes violations. In this capacity, I have been tasked with conducting investigations of violent crimes to include robbery, kidnappings, threats, extortions, murder-for-hire, homicides, and cyberstalking investigations. As part of those investigations, I have reviewed records obtained from social media providers, internet communications providers, and call detail records. My current primary duties include the investigation of threat crimes, such as those at issue in this matter.

2. I am familiar with the facts in this investigation through communications with the alleged victim, my review of electronic communications, social media records, court documents, and related police reports. I have also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Statement of Probable Cause is being submitted for the limited purpose of establishing probable cause for a Complaint, I have not included each and every fact or source of information establishing the violation of federal law.

### BACKGROUND OF INVESTIGATION

3. On December 7, 2022, E.M. contacted the FBI's National Threat Operations Center ("NTOC") to report that her ex-boyfriend Cullen Abbott Hesselgrave ("Hesselgrave") was threatening and harassing her. E.M. reported that Hesselgrave had been harassing her since 2019 when he was arrested and convicted for domestic violence assault against E.M., a misdemeanor in Douglas County, Colorado. Since Hesselgrave's conviction, he has

continued to violate a Colorado Mandatory Protection Order ("MPO") and harass E.M. via the internet, using email and social media platforms.

4. On October 26, 2021, Detective Eric Oppeau, Douglas County Sheriff's Office ("DCSO"), swore to an affidavit against Hesselgrave charging him with one (1) count of violating a protection order (2nd offense) and one (1) count of harassment. As a result of that charge, Hesselgrave has an active Colorado arrest warrant (in-state only). Hesselgrave was served the MPO on June 17, 2019, and it expires on January 15, 2025. The MPO specifies that Hesselgrave shall not communicate with E.M. Further, Colorado law requires that an MPO be issued against Hesselgrave until he completes probation for the misdemeanor domestic violence assault conviction. Your Affiant confirmed with Douglas County Probation that Hesselgrave has not completed his probation and the MPO is currently active.

5. Because of Hesselgrave's repeated and ongoing efforts to contact E.M., E.M. fled Colorado out of fear of Hesselgrave and moved to Las Vegas, Nevada in December 2020. While E.M. lived in Las Vegas, Hesselgrave again contacted her and disclosed that he knew where she lived. Out of fear for her safety, E.M. again moved with her new boyfriend to San Antonio, Texas in June 2021. E.M. and her boyfriend lived in Texas for approximately four (4) months until they moved out of state again. E.M. stated she has been in constant fear of Hesselgrave since they broke up after he assaulted her.

6. From December 2022 to July 2023, E.M. provided phone screenshots to your Affiant on an ongoing basis. The screenshots contained emails, text messages, call logs, and messages through social media applications that she received, purportedly from Hesselgrave. The time period of the screenshots was approximately June 2020 to July 2023. E.M. said that she lost many of the screenshots she had of Hesselgrave threatening and contacting her when she transferred to a new cellular phone, which she did multiple times due to Hesselgrave discovering her contact information.

7. As part of the screenshots E.M. provided were emails from accounts thesuperflydragonguy@gmail.com and cullengraves8789@gmail.com. On August 30,

2021, DCSO served search warrants on Google for records associated with account thesuperflydragonguy@gmail.com. DCSO received compliance from Google on September 13, 2021. According to the affidavit, Hesselgrave's verified phone number, 480-645-4055, was listed on the Google account along with a recovery email address of cullengraves8789@gmail.com. DCSO verified that Hesselgrave was using the number by contacting him on it using a recorded line.

8. On January 30, 2023, your Affiant submitted legal process to Google for subscriber information and Internet Protocol ("IP") address logs for thesuperflydragonguy@gmail.com and cullengraves8789@gmail.com. Legal compliance from Google listed the same phone number 480-645-4055 as the recovery phone number for Google account thesuperflydragonguy@gmail.com. The recovery email address for this account was cullengraves8789@gmail.com. IP address log activity for thesuperflydragonguy@gmail.com as recent as January 16, 2023 showed an IP address from Cox Communications in Phoenix, Arizona. According to Arizona Motor Vehicle Division records, Hesselgrave has a listed address in Peoria, Arizona.

9. Subscriber information for cullengraves8789@gmail.com listed the name as "Cullen Graves" with no IP address log activity. The account holder agreed to the terms of service for the account on March 21, 2020, using an IP address in Denver, Colorado.

10. On February 24, 2023, the Honorable Eileen S. Willett authorized a search warrant for Google accounts associated with Hesselgrave and E.M. under 23-9065MB. On September 8, 2023, the Honorable Michael T. Morrissey authorized a second warrant under 23-3387MB for the same accounts, to include email content and other information. On September 20, 2023, your Affiant reviewed legal compliance from the warrants.

11. During the review, multiple items were found showing Hesselgrave's ongoing efforts to locate and communicate with E.M. in violation of the MPO. For example, on February 9, 2022, the Google Voice telephone number registered to thesuperflydragonguy@gmail.com sent a text message with E.M.'s partial former address (one number was missing). The message was sent to a phone number one digit off of E.M.'s

former number. Based on the context, your Affiant believes Hesselgrave was attempting to text E.M. her address to show E.M. that he knew where she lived. Further, account information for the Google account thesuperflydragonguy@gmail.com showed multiple searches involving E.M.:

  a. December 9, 2021 to February 20, 2022 – Searched for E.M. by name approximately 30 times.
  b. December 29, 2021 – Visited E.M.'s Facebook, Instagram, and Twitter on PeekYou.[1]
  c. January 3, 2022 – Visited E.M.'s Twitter profile page.
  d. February 1, 2022 – Searched for E.M.'s Texas address by inputting the exact address information.
  e. February 3, 2022 – Searched for E.M.'s Texas address by inputting the exact address information.
  f. February 11, 2022 – Searched Zillow for E.M.'s Texas address and the owner of E.M.'s Texas address.
  g. February 14, 2022 – Searched for "[E.M.] married."
  h. February 20, 2022 – Visited [E.M.] - Phlebotomist - CSL | LinkedIn.
  i. August 17, 2023 – Searched for E.M. (most recent Google search).
  j. On multiple dates searched for "[E.M.] Texas."

12. Additionally, from 2020 through 2023, the accounts thesuperflydragonguy@gmail.com and cullengraves8789@gmail.com sent numerous emails to E.M. During the review of the search warrant information for thesuperflydragonguy@gmail.com, your Affiant noted that there were approximately 301 emails sent to E.M. from this account between September 5, 2020 to December 29, 2021. The approximate total number of emails sent by Hesselgrave and E.M. was calculated using the records provided by Google. Representative emails are below.

---

[1] PeekYou is a search engine to find people. The site generally provides contact and identifying information.

13. In an email on September 16, 2020 from cullengraves8789@gmail.com to E.M., cullengraves8789@gmail.com wrote:

   a. "And Why are You acting like I came and to kill you or something? I had a blunt and flowers and miss Dallas[2] smh and I needed my boat shoes and I never tried to get crazy or fight anyone. Not once. I'm working on my anger and your working him, big difference."

14. Below are excerpts from emails between thesuperflydragonguys@gmail.com and E.M.:

   a. Emails exchanged on October 9, 2020:

      i. thesuperflydragonguy@gmail.com wrote: "I can pay $10 on Google and find out where u live ur number and everything... do you hat it want I'm never giving up yo I are mine and I'm fighting for you. Idk why you think I'm nothing everyone else loves me smh"

      ii. E.M. wrote: "Do you hear yourself? $10 and stalk me? What do I have to do change my name?! Like you're mentally insane. You'll have two restraining orders. Honestly, I think this is enough to lock you up for a few years. I legit am afraid of you. Stop calling me."

      iii. thesuperflydragonguys@gmail.com wrote: "It don't matter if you change your name I'll find you I know your do your social and I have pix of your I'd and everything your mineylthe sooner you realize that the better your life will be yo I belong to me smh and I'm never letting go!"

      iv. thesuperflydragonguy@gmail.com wrote: "[E.M.] I realize I do and I'll still find you you are honing to be my wife or your life will suck I'm gonna make that happen I'll pay other people to fuck your life up... I'm pay to find you listen you don't know how far I'm willing to go you hate cops your blm till you need them lol"

---

[2] E.M.'s dog.

      v. thesuperflydragonguy@gmail.com wrote: "You said you had a date tonight and you aren't at home I had someone check and your not home listen I'm giving the energy that I give you don't fuck with me [E.M.] and that's what it is .... I was willing to give my life for you!!!!"

      vi. thesuperflydragonguys@gmail.com wrote: "Lol [laughing emoji] I'm gonna have you again you will get tired of fighting against me soon enough"

b. Emails exchanged on October 18, 2020:

      i. thesuperflydragonguy@gmail.com wrote: "I'm coming over rn! We're gonna get to the bottom. Tell ur lil bf to stay there too"

      ii. E.M. wrote: "Come here and go to jail. You're insane I'm not With anyone. I slept at my sisters. Keep calling me names calling me threatening me and showing up here. All the above and go to jail. I'm not even playing."

      iii. thesuperflydragonguy@gmail.com wrote: "I don't stalk you I came to give you flowers and I'm heart broken [E.M.]...and call your homies idc it's a misdemeanor.....it's nothing I can fly on planes and I'm not entitled to anything. I know I'm beautiful and I'm funny and I'm kind and I would give you the shirt off my back. You are a controlling insecure person and you brain washed yourself. I'm a send you a video tonight 💝"

      iv. E.M. wrote: "Again. I know what I know. You choked Me Punched me slammed me more times than I can count. You are lying To yourself. Seriously you're crazy. This is clearly toxic relationship with everything you just typed. I'm not like that with anyone else. Just stop please. Move on like a normal person"

      v. thesuperflydragonguy@gmail.com wrote: "You should be able to talk about issues you don't try to stab somebody and kill yourself. . . my

bad you assaulted me and I got pissed off and choked you my bad you vandalized my car and jumped on my hood broke my glasses and then decided you wanted to leave and go to Vegas and I tackled you my bad You left me on the strip without my wallet only the money that I had in my pocket in a city that I'm not from made out with some chick and then decided to leave with them my bad...my bad You kicked me out of the house literally multiple times a week threaten to call the cops on me and constantly accused me of cheating and I still to this day have not slept with another woman but you....please stop all this shit how can you literally believe the shit you say? It went both ways and I don't wanna be there no more I wanna love you I'm coming back and I have a fat blunt let's smoke it and then I'll leave I swear I want to have final closure if anything and I deserve that..."

c. Emails exchanged on November 9, 2020:
   i. E.M. wrote: "I have no choice b to go to police and show them everything. I'm done with you. I've asked you multiple times to leave me alone I made one post about you amd deleted it. It'll go away in due time if you try to ruin my career something I went to school for and done for 8 years and if you're willing to try to ruin that you're sick."
   ii. thesuperflydragonguy@gmail.com wrote: "I haven't committed any crime but talk you that's a misdemeanor"
   iii. E.M. wrote: "You're threatening and blackmailing me. I have proof of it all. If you wanna keep on I will gladly end this. Ive Been more than patient telling you to just move on. No one intended to hurt you. In fact I love you. And when you love someone you don't wanna hurt them. We both did crazy things but the moral of it is we just can't be on the same page about nearly anything. We fight. We have to argue

and explain before any resolution is found. It's ridiculous the way you responded to me asking you to refrain from jokes is insane. And too much for me. I realized I'd rather be alone. No one flew out to see anyone. Your exaggerating and making something out of seriously nothing. I'm deleting this email and changing my phone number again."

  iv. thesuperflydragonguy@gmail.com wrote: "So you sent those to multiple dudes lol your so low smh. Change your whole life it won't matter you got what you got coming one way or another and I won't have to do it."

  v. E.M. wrote: "Wtf does that even mean?! STOP THREATENING ME. You're trying to do it in a way to build a case around and you're failing to remember I have videos of you last week same story emailing me threatening to destroy my life. You will be taken to trial and I will not stand for this. I'm going to police. I'm deleting this email. Think I'm kidding. I'm DONE playing your games!!!"

d. Emails exchanged on December 4, 2020:

  i. thesuperflydragonguy@gmail.com wrote: "You got a dude over there rn smh just seen em your evil af!"

  ii. E.M. wrote: "I moved. I'm not there. And I'm calling police to come to that old address. I told you I want nothing to do with you and I will take your ass to court. I am not doing this anymore. I changed my number twice. Moved. I am deleting this email and will no longer see your messages. Like. I haven't just "calmed down" I full on am being stalked against my will and you're scary. Go away."

  iii. E.M. wrote: "Showing up and reaching back out after last we talked and you keyed my car. Is a FELONY. What you're doing is a FELONY. I am reporting and documenting all of this. You have

>> warrants you cannot pay off and I will see you in court. You cannot think this behavior is any way acceptable. This is absolutely INSANE.
>> iv. thesuperflydragonguy@gmail.com wrote: "I didn't touch your car smh and I had pictures of your Mimi and stuff form my moms and idk what I was thinking sorry your right I'm absolutely insane and I wish I didn't love you so much and I wish you the best I'm gonna try to let go. This feels like I'm dying"
> e. Email exchanged on December 4, 2022:
>> i. thesuperflydragonguy@gmail.com wrote: "Thought Kory was a killer? I've never been less afraid of a clown ass in my life. How are we doing this? Come kill me cunt bring you bitch boy with you bring a couple guns you'll need em and you can both die together"
> f. Email exchanged on December 21, 2022 (on E.M.'s birthday):
>> i. thesuperflydragonguy@gmail.com wrote: "I hope you have a great day piece of shit. You're going to die one day…like everyone else"

15. On August 22, 2023, the Honorable John Z. Boyle authorized a search warrant for Instagram accounts associated with Hesselgrave and E.M. under 23-8377MB. The warrant was based on multiple Instagram direct messages to E.M. purportedly from Hesselgrave, discussing their previous relationship, alluding to finding her whereabouts, and repeatedly asking her to renew their relationship. On September 19, 2023, Meta provided Instagram compliance from search warrant 23-8377MB.

16. During the review, your Affiant observed that the following Instagram accounts listed Hesselgrave's known phone number as the recovery number: "sorry_sorry_sorry_sorry_em_," "I_will_alwayslove_you_emily," "plz_msg_me_," "please_talk_to_me_em," "oleas_eemily_," "are_we_really_doingthis," "thisisgettinglodaf," "arizona_sunshne_89," and "this_is_so_dumb_plzstop."

17. Your Affiant also observed the following Instagram accounts did not have phone numbers associated with them, but listed the email address

thesuperflydragonguy@gmail.com on the account: "emily_stop_please_" and "this_is_bullshit_x."

18. Below are direct messages between E.M. and other third parties regarding Hesselgrave:

    a. From E.M. to Instagram account ending in 0539:
        i. Sent on August 23, 2021
            1. "I hate that I wasn't there for the big things for you and can't tell you how happy that makes me. I haven't been there not cause I don't want to. I will call you sometime and explain over the phone. I have had a life changing 6 months of my own. It's been extremely challenging and taken a lot of maturity and selfishness out of me. I moved out of Vegas. I have so much going on myself. So much I've had to protect myself against due to Cullen."

    b. From E.M. to Instagram account ending in 3736:
        i. Sent on December 6, 2022
            1. "I have no clue honestly probably hand written since it's a court document. I'm so sorry to ask this of you I'm beyond embarrassed I just don't know what else to do. He's calling telling me Kory and solace to "watch our backs" I get full blown panic attacks like I cannot catch my breath when he starts up again. I can't stop cause all I think about is when solace walks and talks what if he answers one of our phones and Cullen starts asking where mommy And daddy are? Or WORSE when we got him a phone [C]ullen will start stalking him too?! I cannot. I have to do everything I can now to land him in prison so my family can have peace."

    c. From E.M. to Instagram account ending in 3736:

    i. Sent February 19, 2023

     1. "Super upset. I have gotten 5 new phones in just the last 3 years deleted Snapchat 3 years ago and remade my ig [Instagram] I have none of my old photos legit started clean due to Cullen and it makes me sick. All my childhood photos are gone):"

19. The following direct messages are between accounts associated with Hesselgrave and E.M.:

 a. From "love_yourself_then_them" aka "sorry_sorry_sorry_em" (Instagram: 44608014596) to E.M.:

  i. Sent on April 22, 2021

   1. "I'm never gonna give up on you. [E.M.] Grace xo."

  ii. Sent on April 23, 2021

   1. "Hope you have a great day xo"

  iii. Sent on April 24, 2021

   1. "I miss Dallas 😢"

 b. From "oleas_eemily_" aka "botox_lipfiller_az_" (Instagram: 45310131618) to E.M.:

  i. Sent on January 23, 2021

   1. "I know your talking to someone already [E.M.] don't do it please you half ass gave me another chance it wasn't even full commuted and you treated me like shit please I'm sorry just give me a call just one"

  ii. Sent on January 25, 2021

   1. "Call me please [E.M.]."

   2. "4806454055"

   3. "You're fucking someone"

 c. From "thisisgettinglodaf" (Instagram: 45676280053) to E.M.:

  i. Sent on January 25, 2021

1. "Just call me smh why can't you just call me?...just let me have that please."
2. "[E.M.]!"

d. From "your_fucked_bro" aka "I_will_alwayslove_you_emily" (Instagram: 45371171209) to E.M.:

   i. Sent on September 9, 2022 (automatic message from E.M.'s Instagram account)
      1. "This account can't receive your message because they don't allow new message requests from everyone."
   
   ii. Sent on November 25, 2022
      1. "You started an audio call"
      2. "Audio call ended"
   
   iii. Sent on July 22, 2023
      1. "You better hope I never get let off a leash bitch"

e. From "botox_scottsdale_az" aka "emily_stop_please_" (Instagram: 45655506190) to E.M.:

   i. Sent on January 26, 2021
      1. "Whoever your fucking I hope he's worth it. My heart and my feelings aren't a game to me."
      2. "It's been longer without any abuse than there ever was any I don't get how you can just paint this picture of torment and actually believe that you are this fragile abused defiled person it's ducked up because I could say the same about you and i don't ever time I've ever tried to explain how I feel I'm trying to manipulate you or con you smh all I ever tried to be was ambitious and always supportive and I feel I was I didn't always have it together but I always loved you"

       3. From E.M.: "Stop threatening me. I gave you a million chances and you let me down. You threatened me blackmailed stalked me keyed my car. Yelled broke shit we were toxic. BAD. I left and haven't looked back I am not dating anyone and I 100% am done with this. I don't need encouragement to know I don't want this. This is insanely toxic. I've told you to stopped blocked over 25 accounts. I loved you and I don't anymore."

       4. From E.M.: " You choked me unconscious and told me I was going to die? Over and over again"

       5. From E.M.: "I've told you to leave me alone since September and you fucking won't and keep making fake accounts amd stalking and threatening me!!!!!!"

       6. From E.M.: "I'm not taking shit anywhere I'm using my resources cause you WONT LEAVE ME ALONE AND I HAVE A RESTRAINING ORDER"

f. From "arizona_sunshine_89" (Instagram: 47362835130) to E.M.:

    i. Sent April 16, 2021

       1. "[E.M.] please Just talk to Me...."

       2. "Seriously we were best friends we planned a whole ass life together!"

       3. "Let me book us a trip to Hawaii in two weeks! Honolulu for a week please baby xo let me try one more time!"

g. From "this_is_bullshit_x" (Instagram: 45292910597) to E.M.:

    i. Sent on January 26, 2021

       1. "What's crazy is I'm the "psycho" just for loving someone for real and you actually think your hands are clean... your not a beaten battered woman and the man your fucking will sleep with someone else you will get an std and I'm not worried

about anything else you can do to me you've already ripped my heart out so do your worst"
2. From E.M.: "Loving someone "for real" and not respecting them when they tell you to stop is not the same. I do not love you anymore. I told you the last few months we dated I was falling out of love quickly. This is no surprise. I do not love you. I cannot be anymore clear. I'm not worried about my next relationship and neither should you. I'm reporting this. You just don't stop. This is insane."
3. "I'm not gonna fuck with you no more.. fuck you good bye ya hurt me for the last time I hope your cancer comes back your kids are retarded and fall in love with nothing but assholes report that 👍"

h. From "your_fucked_bud_999" aka "are_we_really_doingthis" (Instagram: 45447742681) to E.M.:
  i. Sent on January 25, 2021
    1. "...[E.M.] I can't let you go I love you too much please stop fighting me. Just call me ..."
    2. "Whoever you're fucking I hope it's worth it wait till I find out who it is lol"

i. From "plz_msg_me_" to E.M.:
  i. Sent on September 12, 2022
    1. "I never sent your dad porn [E.M.] and that's what kills me...I sent the videos to Mike because I didn't want to delete them and he was suppose to send them back to me..but he sent them you your Dad because he didn't want me to be with you...You have nooooooooo idea how broken and destroyed I've been. Ive had to fight through the deepest depression while building my

business. You have no clue how you have effected my life. The last straw with you was something I didn't even do....I've tried to let go too trust me, I've tried. I heard your a mom now too...breaks my heart even more"

  ii. Sent on July 22, 2023

    1. "You're going to die one way or another and a gun ain't gonna save you"

20. Notably, Hesselgrave is on pretrial release for Molestation of a Child, Sexual Conduct with a Minor, Sexual Abuse, and Involving or Using Minors in Drug Offenses in Maricopa County Superior Court CR2023-006637-001 and is pending trial. The offenses in the state indictment are alleged to have occurred in July of 2021. Pursuant to a Maricopa County release order in that matter dated April 14, 2023, Hesselgrave posted a $100,000 cash-only bond and is on electronic monitoring.

## REQUEST FOR AUTHORIZATION

21. Based on the foregoing, there is probable cause to believe that CULLEN ABBOTT HESSELGRAVE committed Stalking, in violation of 18 U.S.C. §§ 2261A(2), 2261(b)(5), and 2261(b)(6).

22. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

_____
WALKER WICEVICH
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this  30  day of October, 2023. @ 12:11 p.m.

_____
HONORABLE DEBORAH M. FINE
United States Magistrate Judge